Motion granted. Bond funds in the amount of $199,353.17 to be released and sent to Phyllis Depiero. (ECF #148).

s/ William H. Baughman, Jr.
William H. Baughman, Jr.
United States Magistrate Judge

Date: 2/17/2017

**UNITED STATES DISTRICT COURT**
**For the**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| United States of America | ) | CASE NO: 1:16-CR-00329-2 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | Magistrate Judge |
| vs. | ) | William Baughman, Jr. |
| | ) | |
| SARI ALQSOUS | ) | **UNOPPOSED MOTION TO** |
| | ) | **RELEASE BOND FUNDS** |
| Defendant. | ) | |

Now comes the Defendant, Sari Alqsous, and submits that this Unopposed Motion to Release the Bond Funds. On January 24, 2017 defendant filed the Notice of Filing Bond Order with Cuyahoga County Recorder in Document # 127. On February 1, 2017, Assistant United States Attorney Kakani consent that the defense can advise the Court that Government does not opposed the motion to release funds based on the filing of the bond with the County Recorder. As such, the defendant motions the Court to issue an order that the Clerk of Court's Release the Bond Fund as $199.353.17 and $50,646.83 remaining in cash bond.

Respectfully submitted,

_____s/Joseph . Klammer_____
JOSEPH R. KLAMMER, #0068831
Attorney for Defendant-Alqsous
The Historic Mentor Center Street School
7482 Center Street, Unit 6
Mentor, Ohio 44060
440-974-8484
440-255-6112 fax
jrklammer@klammerlaw.com